IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| CHRIS HARGIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV98-0510-N-MHW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PHIL FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court are the following motions:  (1) Defendants' Motions to

Seal Documents in Response to Order to Show Cause (Docket Nos. 84, 88, 92, and 99);

and (2) Plaintiff's Motion to Dismiss (Docket No. 110).

**BACKGROUND**

After the Judgment was entered in this case, Plaintiff filed a Motion to Set Aside

the Settlement Agreement.  He alleged that Defendants failed to follow the terms of the

parties' Settlement Agreement, and the Court issued notice of an Order to Show Cause

hearing on the matter.  Defendants submitted affidavits in which they admitted that there

had been a failure to follow the terms of the parties' settlement agreement, but they

argued that their failure had resulted in no damage to Plaintiff.

**ORDER -1**

The parties had previously attended a settlement conference with Judge David O. Carter, and he requested that the matter be set for a status conference.  He offered to reconvene a settlement conference in the case, and requested that the parties provide notice to him, if they decided to pursue another settlement conference.

Plaintiff submitted a letter to the Court, which he described as a Motion to Dismiss.  *Docket No. 110.,* p. 1.  The letter requests that the Court take no further action on the settlement agreement issue, and also requests that Plaintiff's counsel be allowed to withdraw from his pro bono appointment.  *Id.*, p. 2.  It appears that good cause exists to grant Plaintiff's request.


**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that Defendants' Motions to Seal Documents in Response to Order to Show Cause (Docket Nos. 84, 88, 92, and 99) are GRANTED.

IT IS FURTHER HEREBY ORDERED that Plaintiff's Motion to Dismiss his request to set aside the parties' settlement agreement (Docket No. 110) is GRANTED without prejudice.


IT IS FURTHER HEREBY ORDERED that the appointment of Gregory M.

**ORDER -2**

Miller pursuant to the Court's Pro Bono Program is withdrawn.



DATED: January 27, 2006

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER -3**